No. 11–6265. TOWNSEND *v.* JACKS. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 11–6657. AKBAR *v.* JETT, WARDEN. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. D–2555. IN RE DISBARMENT OF SHEPHERD. Disbarment entered. [For earlier order herein, see 562 U. S. 816.]

No. D–2588. IN RE DISBARMENT OF OSBORNE. Disbarment entered. [For earlier order herein, see 564 U. S. 1015.]

No. D–2589. IN RE DISBARMENT OF ALDERMAN. Disbarment entered. [For earlier order herein, see 564 U. S. 1016.]

No. D–2591. IN RE DISBARMENT OF JONES. Disbarment entered. [For earlier order herein, see 564 U. S. 1016.]

No. D–2592. IN RE DISBARMENT OF KORDELL. Disbarment entered. [For earlier order herein, see 564 U. S. 1016.]

No. D–2593. IN RE DISBARMENT OF LOSEY. Disbarment entered. [For earlier order herein, see 564 U. S. 1016.]

No. D–2594. IN RE DISBARMENT OF TABACHNICK. Disbarment entered. [For earlier order herein, see 564 U. S. 1016.]

No. D–2595. IN RE DISBARMENT OF WHITEBOOK. Disbarment entered. [For earlier order herein, see 564 U. S. 1016.]

